UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S.A. Famous Original Ray's Licensing Corp.,

        Plaintiff(s),

-against-

World Famous Ray's Pizza and Restaurant, et al.,

        Defendant(s).

No. 07 Civ. 5833 (LTS)(FM)

ORDER TO SHOW CAUSE

LAURA TAYLOR SWAIN, District Judge:

A conference in this action having been scheduled for September 14, 2007 at 4:00 p.m., and counsel for Plaintiff having failed to appear, it is hereby

ORDERED that Plaintiff show cause by written affidavit why this action should not be dismissed for failure to prosecute. Plaintiff shall not communicate with the court on this question by letter or telephone call. The affidavit must be filed within twenty days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiff submit one courtesy copy of such affidavit to Chambers by delivering it to the Courthouse Mailroom, United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED:

Dated:     New York, New York
            September 19, 2007

                                  LAURA TAYLOR SWAIN
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 0 2007