## CORNICELLO & TENDLER, LLP
COUNSELORS AND ATTORNEYS AT LAW

ANTHONY J. CORNICELLO
SUSAN BAUMEL-CORNICELLO *
DAVID B. TENDLER **

KULJYOTT (JYOTI) BEDI
JAY H. BERG
EDWARD DEIGNAN
DIANA O. EMERICH
ALLISON M. FURMAN-SALCEDO

STEVEN SCAVUZZO
  COUNSEL

* ADMITTED IN NEW YORK
  CONNECTICUT & WASHINGTON, DC
** ADMITTED IN NEW YORK
  & NEW JERSEY
*** ADMITTED IN NEW YORK
  & MASSACHUSETTS

116 JOHN STREET • SUITE 2501
NEW YORK, N.Y. 10038

TELEPHONE (212) 994-0260
FACSIMILE (212) 994-0268
(NOT FOR SERVICE OF DOCUMENTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 3 2007

**MEMO ENDORSED**

November 8, 2007

**BY FACSIMILE (212) 805-0426**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: USA Famous Original Ray's Licensing Corp. v.
     World Famous Ray's Pizza and Restaurant, et al.
     Case No. 07CV5833 (S.D.N.Y.)

Dear Judge Swain:

  This firm represents defendants World Famous Ray's Pizza and Restaurant a/k/a "Ray's Pizza", Bluestar Snack Bar, Inc. and John Kazalaitzis ("Defendants") in connection with the above-referenced action.

  This letter is to confirm that the parties have consented to extend Defendants' time to respond to the complaint through November 30, 2007 in contemplation of settlement. We are currently negotiating a Stipulation to settle this action and anticipate finalizing it and filing it with the Court shortly.

  Please call me if the Court has any questions. Thank you.

Respectfully submitted,

Allison M. Furman

cc: Steven Crosby, Esq. (by fax)
amfs@e:\wp\amf-s\192016-05\court.11.8.07.doc

SO ORDERED.

11/13/2007

**LAURA TAYLOR SWAIN U.S.D.J.**